# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 42967

| | |
|---|---|
| STATE OF IDAHO, | ) 2015 Unpublished Opinion No. 694 |
| | ) |
| Plaintiff-Respondent, | ) Filed: November 4, 2015 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| TINA MARIE LANGER, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Deborah A. Bail, District Judge.

Order denying Idaho Criminal Rule 35 motion, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Sally J. Cooley, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before MELANSON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Tina Marie Langer pleaded guilty to possession of a controlled substance, felony, Idaho Code § 37-2732(c). The district court imposed a unified sentence of seven years, with two years determinate. Langer filed an Idaho Criminal Rule 35 motion, which the district court denied. Langer appeals.

A motion for reduction of sentence under I.C.R. 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting an I.C.R. 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the

1

motion. *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007). Upon review of the record, including any new information submitted with Langer's I.C.R. 35 motion, we conclude no abuse of discretion has been shown. Therefore, the district court's order denying Langer's I.C.R. 35 motion is affirmed.